**STATE of Missouri, Respondent,**

v.

**Scott C. BABBITT, Appellant.**

**No. WD 49758.**

Missouri Court of Appeals,
Western District.

July 5, 1995.

Matthew J. O'Connor, Asst. Public Defender, St. Joseph, for appellant.

J. Morton Nelson, Asst. Pros. Atty., Buchanan County, St. Joseph, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM.

Scott C. Babbitt appeals his conviction for driving while intoxicated, in violation of § 577.010, RSMo 1994. Babbitt was sentenced to three months confinement in the county jail and fined $500.00.

Judgment is affirmed. Rule 30.25(b).

---

**Rhonda MENTOR, Appellant,**

v.

**LABOR & INDUSTRIAL RELATIONS COMMISSION, Respondent,**

**Division of Employment Security, Respondent,**

**Coatney Clinic, Inc., Respondent.**

**No. WD 50278.**

Missouri Court of Appeals,
Western District.

July 5, 1995.

Samuel I. McHenry, Kansas City, for appellant.

Sharon Ann Willis, Kansas City, for respondent Labor & Indus. Com'n.

Victorine Robben Mahon, Jefferson City, for respondent Div. of Employment Sec., et al.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM.

Rhonda Mentor appeals the judgment of the Circuit Court affirming the decision of the Labor and Industrial Relations Commission, which denied unemployment benefits to claimant on the basis of a finding that she had left her work voluntarily without good cause attributable to the work or to the employer under § 288.050 1(1), RSMo 1994.

Judgment is affirmed. Rule 84.16(b).